# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | CASE NO. 1:07-cv-00907-LJO-DLB PC |
| Plaintiff, | ORDER DENYING STAY OF PROCEEDINGS |
| v. | (Doc. 10) |
| L. JOHNSON, et al., | |
| Defendants. | |

Plaintiff Robert Benyamini ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On May 5, 2008, plaintiff filed a document entitled "Motion To Halt All Further Proceedings." (Doc. 10). In his motion, plaintiff states that he has not yet filed documents indicating whether he consents or declines Magistrate Judge jurisdiction, and that therefore the undersigned has no authority to hear this matter. Plaintiff requests a stay of all proceedings pending his decision whether to consent or decline Magistrate Judge jurisdiction, and pending his decision over which Magistrate Judge he will allow to hear this case.

Plaintiff misunderstands that effect of consenting to or declining Magistrate Judge jurisdiction. 28 U.S.C. § 636(b)(1) provides that

> **(A)** a judge may designate a magistrate judge to hear and determine any pretrial matter pending before the court, except a motion for injunctive relief, for judgment on the pleadings, for summary judgment, to dismiss or quash an indictment or information made by the defendant, to suppress evidence in a criminal case, to dismiss or to permit maintenance of a class action, to dismiss for failure to state a claim upon which relief can be granted, and to involuntarily

dismiss an action. A judge of the court may reconsider any pretrial matter under this subparagraph (A) where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law.

**(B)** a judge may also designate a magistrate judge to conduct hearings, including evidentiary hearings, and to submit to a judge of the court proposed findings of fact and recommendations for the disposition, by a judge of the court, of any motion excepted in subparagraph (A), of applications for posttrial relief made by individuals convicted of criminal offenses and of prisoner petitions challenging conditions of confinement.

**(C)** the magistrate judge shall file his proposed findings and recommendations under subparagraph (B) with the court and a copy shall forthwith be mailed to all parties.

This matter was referred to the undersigned pursuant to section 636 and Local Rule 72-302.

If all parties consent to Magistrate Judge jurisdiction, the case will be reassigned to the Magistrate Judge and the Magistrate Judge will decide all further matters.  If a party declines Magistrate Judge jurisdiction, the District Judge will resolve all dispositive matters and conduct the trial, if there is one.  However, a party's decision to consent to or decline Magistrate Judge jurisdiction has no effect on the referral of a case to a Magistrate Judge, made pursuant to section 636 and Local Rule 72-302, for non-dispositive matters and for the issuance of Findings and Recommendations on dispositive motions.

Plaintiff's objection to the issuance of the order filed March 28, 2008, ordering plaintiff to file an amended complaint or notify the court of his willingness to proceed only on the cognizable claims, is without merit.  Plaintiff's decision to consent or decline Magistrate Judge jurisdiction does not affect the referral of this case to the undersigned for non-dispositive matters, and the order in question is not dispositive.

Accordingly, plaintiff's motion to halt all further proceedings is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   **May 14, 2008**              /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE