# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | CASE NO. 1:07-cv-00907-LJO-DLB PC |
| Plaintiff, | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | |
| L. JOHNSON, et al., | (Doc. 13) |
| Defendants. | THIRTY DAY DEADLINE |
| | ORDER VACATING FINDINGS AND RECOMMENDATIONS |
| | (Doc. 12) |

Plaintiff Robert Benyamini ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On March 28, 2008, this court issued an order requiring plaintiff to file an amended complaint, or notify the court of his willingness to proceed only on the cognizable claims within 30 days. (Doc. 9).  On May 23, 2008, this court issued Findings and Recommendations, recommending that the action be dismissed for plaintiff's failure to obey a court order. (Doc. 12).

On May 27, 2008, plaintiff filed a motion for an extension of time to file his amended complaint.  (Doc. 13).  Plaintiff also filed objections to the magistrate judge's findings and recommendations on June 5, 2008.

///

///

///

     Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint, or notify the court of his willingness to proceed only on the cognizable claims; and

2. The Findings and Recommendations, issued May 23, 2008, are HEREBY VACATED.

IT IS SO ORDERED.

     **Dated:**   **June 12, 2008**                  **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE