# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>               Plaintiff,<br><br>   v.<br><br>L. JOHNSON, et al.,<br><br>               Defendants.<br>_____/ | CASE NO. 1:07-cv-00907-LJO-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 7, 8, 16) |

       Plaintiff Robert Benyamini ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

       On June 17, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on July 28, 2008.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

       Accordingly, IT IS HEREBY ORDERED that:

       1.     The Findings and Recommendations, filed June 17, 2008, is adopted in full; and

///

       2.     Plaintiff's motions for preliminary injunctive relief, filed October 22, 2007, and January 28, 2008, are HEREBY DENIEDIT IS SO ORDERED.

**Dated:   July 29, 2008**                          /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE