# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>Plaintiff,<br><br>v.<br><br>L. JOHNSON, et al.,<br><br>Defendants. | CASE NO. 1:07-cv-00907-LJO DLB PC<br><br>ORDER DENYING MOTION TO STAY PROCEEDINGS<br><br>(Doc. 24)<br><br>THIRTY (30) DAY DEADLINE |

Plaintiff Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 25, 2007. On February 10, 2009, the Court forwarded service documents to Plaintiff for completion and return within 30 days. (Doc. 21).

On March 2, 2009, Plaintiff filed a document entitled "Motion To Stop all further Proceedings". (Doc. 24). Plaintiff has not demonstrated sufficient reason to stay this action and his motion is denied. Within thirty days of service of this order, Plaintiff shall complete and return the documents required for service. No further extensions of time will be granted without a showing of good cause.

IT IS SO ORDERED.

Dated: **April 13, 2009**        **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1