1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8    ROBERT P. BENYAMINI,                          CASE NO. 1:07-CV-00907-LJO-DLB PC

9                   Plaintiff,                     ORDER REVOKING PLAINTIFF'S IN
                                                   FORMA PAUPERIS STATUS ON APPEAL
10            v.
                                                   (DOC. 49)
11   L. JOHNSON, et al.,

12                  Defendants.

13   _____/

14

15          Plaintiff Robert P. Benyamini ("Plaintiff") is a prisoner in the custody of the California

16   Department of Corrections and Rehabilitation.  This action was dismissed on July 27, 2010, for

17   Plaintiff's failure to obey a court order.  On October 1, 2010, Plaintiff filed a motion for

18   reconsideration.  On March 8, 2011, the Court denied Plaintiff's motion.  On August 1, 2011,

19   Plaintiff filed a motion to reopen the time to file an appeal.  On August 2, 2011, the Court denied

20   Plaintiff's motion.  On August 12, 2011, Plaintiff filed a notice of appeal of the Court's August

21   2, 2011 Order.

22          Pursuant to 28 U.S.C. § 1915(a)(3), "[a]n appeal may not be taken in forma pauperis if

23   the trial court certifies in writing that it is not taken in good faith."  *See also Hooker v. American*

24   *Airlines*, 302 F.3d 1091, 1092 (9th Cir. 2002) (revocation of in forma pauperis status is

25   appropriate where district court finds the appeal to be frivolous).

26          In this instance, the Court finds Plaintiff's appeal to be frivolous.  Plaintiff had been

27   ordered to submit service documents, but failed to do so in a timely manner.  The Court issued an

28   order dismissing Plaintiff's action for failure to obey a court order.  Plaintiff then filed a motion

1

1  for reconsideration, which the Court denied on March 8, 2011.  Plaintiff then waited until August

2  1, 2011 to file a motion to reopen the time to file an appeal.

3        Pursuant to Rule 4 of the Federal Rules of Appellate Procedure, the deadline to file an

4  appeal runs from the entry of the order disposing of a motion for relief under Rule 60 of the

5  Federal Rules of Civil Procedure.  Because the Court disposed of Plaintiff's Rule 60 motion on

6  March 8, 2011, Plaintiff had up to thirty days afterwards in which to file his notice of appeal.

7  There is no record that Plaintiff filed a timely notice with the Court.  Plaintiff's motion to reopen

8  the time to file an appeal fails to meet two of the three conditions enumerated in Rule 4(a)(6) of

9  the Federal Rules of Appellate Procedure.  Accordingly, Plaintiff's appeal of the Court's August

10  2, 2011 order is frivolous and not taken in good faith.

11        Based on the foregoing, it is HEREBY ORDERED that Plaintiff's in forma pauperis

12  status is REVOKED for purposes of his appeal.

13  IT IS SO ORDERED.

14  **Dated:    August 22, 2011**　　　　　　　　/s/ Lawrence J. O'Neill
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28