# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | CASE NO. 1:07-cv-00907-LJO-DLB PC |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION (DOC. 57) |
| v. | |
| L. JOHNSON, et al., | |
| Defendants. | |

Plaintiff Robert P. Benyamini ("Plaintiff") is in the custody of the California Department of Corrections and Rehabilitation. This action was dismissed on July 27, 2010, for Plaintiff's failure to obey a court order. On April 17, 2012, the Court received a motion for reconsideration. The Court previously denied Plaintiff's prior motions for reconsideration. ECF Nos. 39, 44. Plaintiff raises no new arguments in this motion for reconsideration. Accordingly, Plaintiff's motion for reconsideration, filed April 17, 2012, is DENIED. No further motions for reconsideration will be accepted.

IT IS SO ORDERED.

**Dated:   February 12, 2013**          /s/  Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1